[No. 8512-7-II. Division Two. February 5, 1987.]

JANET HOLST, *Appellant,* v. FIRESIDE REALTY, INC., ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Pierce County, No. 84-2-00879-8, Thomas A. Swayze, Jr., J., entered February 1, 1985. *Reversed* by unpublished opinion per Meiner, J. Pro Tem., concurred in by Day and Pearson, JJ. Pro Tem.

[No. 8589-5-II. Division Two. February 5, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v. OLLIE V. CHURCH, *Appellant.*

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 84-1-00157-0, John W. Schumacher, J., entered March 11, 1985. *Affirmed* by unpublished opinion per Velie, J. Pro Tem., concurred in by Hamilton and Pearson, JJ. Pro Tem.

[Nos. 8219-5-II; 8249-7-II; Division Two. February 5, 1987.] 8248-9-II.

THE STATE OF WASHINGTON, *Respondent,* v. ROBERT COATES, ET AL, *Appellants.*

Appeals from a judgment of the Superior Court for Pierce County, No. 84-1-00442-0, D. Gary Steiner, J., entered October 9, 1984. *Reversed* and *dismissed* by unpublished opinion per Dolliver, J. Pro Tem., concurred in by Maddock and Soule, JJ. Pro Tem.